UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GARY WHITE,
    Petitioner,

vs.                                      Case No.:  3:23cv6939/LAC/ZCB

FLORIDA DEPARMTENT OF
CORRECTIONS,
    Respondent.
_____/

## **ORDER**

This case is before the Court upon the Magistrate Judge's Report and Recommendation dated June 18, 2025. (Doc. 42).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 42) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1) is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 31st day of July, 2025.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**